FICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

000.27⁵

26 2015



10/16/2015
**WILLIAMS, RONNEY EARL** Tr. Ct. No. 1476283          **WR-46,473-18**

On this day, the original application for writ of mandamus has been received and
presented to the Court.

Abel Acosta, Clerk

RONNEY EARL WILLIAMS
HARRIS COUNTY JAIL - # 01057897

BN3B 77002